In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO.  09-12-00578-CR**
_____


**STEVI LOUISE-GUEST COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause No. 22394**


**ORDER**

On February 6, 2013, appellant's appointed counsel filed a motion to withdraw

and a brief which urges this Court to review this appeal pursuant to *Anders v. California*,

386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  *See In re Schulman*, 252 S.W.3d

403, 408-09 (Tex. Crim. App. 2008).  Counsel certified service of the motion to withdraw

and the brief on the appellant.  Counsel states he provided appellant with a copy of the

clerk's record and the reporter's record, notified appellant of her right to review the

1

record and file a *pro se* brief, and advised appellant of her right to seek discretionary review.

It is, therefore, ORDERED that appellant, Stevi Louise-Guest Cooper, be given 60 days from the date hereof to file a *pro se* brief. It is, further, ORDERED that the State may file a reply brief, due 30 days from the date appellant files her brief, or if no brief is filed by appellant, 70 days from the date hereof.

ORDER ENTERED February 14, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Kreger, JJ.

2